[No. 55345-3-I.   Division One.   July 16, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES FREDERICK TOWLE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-1-00617-6, George N. Bowden, J., entered November 17, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 55399-2-I.   Division One.   July 16, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. J.S., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-8-00817-6, Suzanne M. Barnett, J., entered November 5, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 55435-2-I.   Division One.   July 16, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. W.D.S., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-8-02706-5, Harry J. McCarthy, J., entered December 15, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 55527-8-I.   Division One.   July 16, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MARVIN JESSE BONEY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-1-00895-1, David F. Hulbert, J., entered December 29, 2004. *Affirmed* by unpublished per curiam opinion.